UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| DEANDRA ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| DHHS/CENTRAL REGIONAL HOSPITAL, | ) | 5:24-CV-299-BO-KS |
| DR. MICHELLE BARRETT, ROBYN WHALEN, | ) | |
| and KATHERINE WILLIAMSON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Decision by Court.

This cause comes before the Court on defendants' motion to dismiss plaintiffs complaint pursuant to Rules 12(b)(l), 12(b)(2), 12(b)(5), and 12(b)(6) of the Federal Rules of Civil Procedure. Plaintiff has responded, defendants have replied, and the motion is ripe for disposition.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants' motion to dismiss [DE 9] is GRANTED. Plaintiff's complaint is DISMISSED.

**This judgment filed and entered on February 14, 2025, and served on:**
Deandra Anderson (via US Mail to 106 Windimere Ave., Oxford, N.C., 27565)
Daniel Crovas (via CM/ECF NEF)

PETER A. MOORE, JR., CLERK

February 14, 2025

 /s/ Lindsay Stouch
By: Deputy Clerk